

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2021

No. 04-20-00197-CR

Rosalinda **OLALDE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR2149
The Honorable Jennifer Pena, Judge Presiding

# O R D E R

Sitting:        Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

The en banc court has considered appellant's motion for en banc reconsideration; the motion is DENIED. *See* TEX. R. APP. P. 49.7.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2021.



Michael A. Cruz,
Clerk of Court